UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY FERREIRA,

    Petitioner,

v.                                 CASE NO. 6:03-cv-859-Orl-19KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following:

1. Petitioner's Motion to Place Case in Abeyance (Doc. No. 38, filed Feb. 8, 20008); and

2. Respondents' Response to Motion to Place Case in Abeyance (Doc. No. 40, filed March 3, 2008).

Thereon it is **ORDERED AND ADJUDGED**:

(1) Petitioner's Motion to Place Case in Abeyance is **GRANTED**, and this case is **STAYED** pending final resolution of the matter before the United States Supreme Court.

(2) Petitioner shall file a motion to reopen this case within **THIRTY (30) DAYS** if the pending petition for writ of certiorari is denied.

(3) The Clerk of the Court is directed to administratively close this case.

(4) **Petitioner is advised that failure to comply with the requirements of this Order may result in dismissal of this case without further notice.**

**DONE AND ORDERED** at Orlando, Florida this __4th__ day of March, 2008.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 3/4
Anthony Ferreira
Counsel of Record